```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  JOSEPH E. MALONEY, SBN 95458
    Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2750

 5  Attorneys for the Defendant
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA E. WILLIAMS; ) | No. CIVS-02-1901 DFL JFM - PS |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NOTICE OF MOTION AND MOTION |
| ) | TO COMPEL PRODUCTION OF |
| JAMES G. ROCHE, SECRETARY, ) | DOCUMENTS, EXAMINATION |
| DEPARTMENT OF THE AIR FORCE; ) | |
| ) | Date: June 23, 2005 |
| Defendant. ) | Time: 11:00 a.m. |
| _____) | Courtroom: TBA |

TO PLAINTIFF:

   Defendant notifies you that on the above stated date and time defendant will move, and does move, this Court for an Order compelling the production of your Social Security file and your Department of Labor file.  That motion is made pursuant to Rule 37(a)(2)(A) and (B) of the Federal Rules of Civil Procedure on the ground that you have failed to provide these basic document regarding your physical and mental condition as part of your initial disclosures, and have refused to authorize their release to defendant as previously requested.

1  Additionally, at that same date and time, defendant will move
2  and does move for an order that you submit to an examination by a
3  psychiatrist.  That motion is made pursuant to Rule 35 of the
4  Federal Rules of Civil Procedure on the ground that you have
5  placed your physical and mental state into controversy by the
6  allegations of your Complaint.

8  Dated: May 31, 2005          McGREGOR W. SCOTT
                                UNITED STATES ATTORNEY

                                /s/Joseph E. Maloney
                                JOSEPH E. MALONEY
                                ASSISTANT UNITED STATES ATTORNEY

13 OF COUNSEL:

14 Martin Mitchell, Major, USAF
   Trial Attorney
15 General Litigation Division
   Air Force Legal Services Agency
16 1501 Wilson Blvd., 7th Floor
   Rosslyn, VA  22209-2403
17 (703) 696-9254

1 | CERTIFICATE OF SERVICE BY MAIL

2 |    The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District
3 | of California and is a person of such age and discretion to be competent to serve papers.
4 |
5 |    That on May 31, 2005, she served a copy of the attached

NOTICE OF MOTION AND MOTION TO COMPEL

by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Sacramento, California, OR hand delivering said papers to the following:

<u>Addressee(s)</u>:

Sandra E. Williams
1215 Pheasant Drive
Suisun City, CA 94585

                                              _____
                                              CAROL BROWN

3