IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SANDRA E. WILLIAMS,

    Plaintiff,

vs.

JAMES G. ROCHE, SECRETARY, DEPARTMENT OF THE AIR FORCE,

    Defendant.

No. CIV S-02-1901 DFL JFM PS

ORDER

/

    This action was referred to the undersigned pursuant to Local Rule 72-302(c)(21). On September 1, 2005, defendant filed a motion to dismiss for lack of prosecution or for summary judgment. No opposition to the motion has been filed.

    Local Rule 78-230(c) provides that opposition to the granting of a motion must be filed fourteen days preceding the noticed hearing date. The Rule further provides that "[n]o party will be entitled to be heard in opposition to a motion at oral arguments if written opposition to the motion has not been timely filed by that party." Finally, Local Rule 11-110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

1

1   Good cause appearing, IT IS HEREBY ORDERED that the hearing date of
2 October 6, 2005 is vacated. Defendants' motion to dismiss will be taken under submission and a
3 ruling will issue on the pleadings.
4 DATED: October 4, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

001; will1901.nop

2