IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SANDRA WILLIAMS,

    Plaintiff,                    No. CIV S-02-1901 DFL JFM PS

    vs.

JAMES G. ROCHE,

    Defendant.                  <u>ORDER</u>

_____/

        Defendant's motion to dismiss is presently pending. This matter is set for pretrial conference on November 18, 2005 at 3:00 p.m. and for court trial on February 6, 2006 at 9:00 a.m., both before the Honorable David F. Levi. In light of the pending motion, these dates will be vacated. Both dates will be reset, if appropriate, following resolution of defendant's motion.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The November 18, 2005 pretrial conference is vacated; and

        2. The February 6, 2006, court trial date is also vacated.

DATED: November 1, 2005.

/s/ John F. Moulds
UNITED STATES MAGISTRATE JUDGE

mou1/will1901.vac