IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SANDRA E. WILLIAMS,

      Plaintiff,                        No. CIV S-02-1901 DFL JFM PS

      vs.

JAMES G. ROCHE, SECRETARY,
DEPARTMENT OF THE AIR FORCE,

      Defendants.                <u>ORDER</u>

_____/

        Plaintiff, proceeding pro se, filed the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On August 2, 2006, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days.  No objections to the findings and recommendations have been filed.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

/////

1

1.  The findings and recommendations filed August 2, 2006, are adopted in full; and

2.  Defendant's September 1, 2005 motion to dismiss is granted.

DATED:  8/25/2006

_____
DAVID F. LEVI
United States District Judge