```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  DAVID T. SHELLEDY
    Assistant U.S. Attorneys
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2799

 5  Attorney for the United States
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA WILLIAMS,<br><br>  Plaintiff,<br><br>  v.<br><br>JAMES ROCHE,<br><br>  Defendant.<br>_____ | No. CIV. S-02-cv-001901<br><br><br><br>**SUBSTITUTION OF COUNSEL**<br>**AND ORDER** |

Defendant hereby substitutes David T. Shelledy as the Assistant U.S. Attorney responsible for the defense of this matter, in place of Joseph M. Maloney.

All orders, pleadings, motions, and other materials required to be served on defendant should be sent to David T. Shelledy at the Office of the United States Attorney, whose address is listed above.

```
 1                                  Respectfully submitted,

 2   Dated: August 23, 2006          McGREGOR W. SCOTT
                                     United States Attorney
 3

 4                             By:      /s/ David T. Shelledy
                                     DAVID T. SHELLEDY
 5                                   Assistant U.S. Attorney

 6   IT IS SO ORDERED.

 7   Date: August 29, 2006.

 8

 9                                   _____
                                     UNITED STATES MAGISTRATE JUDGE
10

11
     /will1901.sub
12
```